OPINION — AG — FUNDS DERIVED FROM THE COURT FUND COULD BE USED TO DEFRAY THE COST OF MATERIALS USED IN THE CONSTRUCTION OF A PARKING LOT ON LAND OWNED BY THE COUNTY AND APPURTENANT TO THE COURTHOUSE, TO BE USED FOR THE GENERAL PUBLIC AND COUNTY OFFICIALS. IF THE COUNTY COMMISSIONERS INTEND TO CHARGE A FEE FOR PARKING IN THE LOT, IT WOULD BE NECESSARY TO FOLLOW THE PROVISIONS OF 19 O.S. 1961 941 [19-941] ET SEQ. CITE: 62 O.S. 1961 323.1 [62-323.1], OPINION NO. 65-162 (JOSEPH MUSKRAT)